UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Case No.: 1:14-CV-23371-KMW

DIANE A., (a fictitious name)

    Plaintiff,

vs.

NEO LOFTS CONDOMINIUM
ASSOCIATION, INC. and
PENELOPE AQUINO,

    Defendants.
_____/

DECLARATION OF PLAINTIFF DIANE A. IN SUPPORT OF MOTION TO USE A FICTITIOUS NAME

1. I am the Plaintiff in the above styled action and I have personal knowledge of the facts set forth herein.

2. I am submitting this declaration in support of Plaintiff's Motion to Use A Fictitious Name so that I may proceed in the above styled case, pursuant to the Fair Housing Act, 42 U.S.C. § 3602, et. seq. while using my first name and the initial of my last name.

3. I have a disability, knowledge of which is limited to close family, friends, and medical care providers. I have intentionally concealed the knowledge of my disability for fear that general knowledge would have a detrimental affect on my mental well-being and career.

4. In this case, I believe that being forced to litigate under my real name would (1) stigmatize me in the legal community and larger community, (2) cause me to suffer

tremendous anxiety, (3) potentially worsen my medical condition, and (4) potentially ruin any prospects of future work. I am especially worried about the damage that might result to my professional career as an attorney if knowledge of my medical condition becomes public knowledge. Furthermore, by publishing my name, my medical condition will be made worse since I will be constantly obsessing over each new person I meet, wondering if they know about my mental impairment.

Dated: 28th day of September, 2015

*Diane A.*
_____
Plaintiff, "Diane A."