UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23371-CIV-WILLIAMS

DIANE ABURTO,

        Plaintiff,

vs.

PENELOPE AQUINO,

        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court following calendar call where the Court addressed pretrial issues. For the reasons discussed in Court, it is **ORDERED AND ADJUDGED** as follows:

1. If the case proceeds to trial, the Parties are on 48-hour notice for their trial start date.[1]
2. At trial, there will be no testimony from witnesses not disclosed prior to the close of discovery.
3. At trial, there will be no reference to documents that were not disclosed prior to the close of discovery.
4. The Court **RESERVES** on Defendant's ore tenus motion to strike Plaintiff's claim for punitive damages. The Parties shall raise the issue again following development of the record at trial.
5. Defendant's motion in limine at DE 104:
    a. at 2 is **DENIED**;
    b. at 3 is **DENIED**;
    c. at 4 is **DENIED**;
    d. at 5 is **GRANTED**;
    e. at 6 is **GRANTED** as set forth in the Court's March 9, 2016 order (DE 109);
    f. at 7 is **GRANTED**;
    g. at 8 is **DENIED**;
    h. at 9 is **GRANTED**; and
    i. at 10 is **GRANTED**.

---

[1] The Court will contact counsel on Friday if they are to commence trial the following Monday.

1

6. The settlement agreement with the condominium association shall not be introduced into evidence or referred to by the Parties. However, by **noon tomorrow, March 16, 2016**, Defendant shall email chambers (williams@flsd.uscourts.gov) with citations to three federal cases supporting her position regarding the relevance of funds received by Plaintiff in the settlement.

7. Exhibits regarding damage to the unit and the security deposit given for the unit are **EXCLUDED**.

8. The Parties shall, **by 5:00 p.m. on Friday, March 18, 2016**, submit revised joint jury instructions and a revised joint verdict form that are consistent with the discussion above and at the calendar call and follow the Eleventh Circuit patterns, unless noted. Where the Parties deviate from the patterns, they shall explain the reason for the deviation and support their reasoning with citation to federal cases. Where the Parties disagree regarding an instruction, they shall explain the reason for opposing the suggested instruction and support their reasoning with citation to federal cases.

9. The Court **RESERVES** on all other objections and motions.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15 day of March, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE